AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| Willard Downey | **ORDER ON APPLICATION** |
| Plaintiff | **TO PROCEED WITHOUT** |
| V. | **PREPAYMENT OF FEES** |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant | CASE NUMBER: 1:09-at-00338 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X    GRANTED.

    X    The clerk is directed to file the complaint.

    X    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

_____

ENTER this _____6th_____ day of _____May_____

/s/ Sandra M. Snyder
Signature of Judicial Officer

Sandra M. Snyder , U.S. Magistrate Judge
Name and Title of Judicial Officer